

JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811
jwong@mccarthyholthus.com

Attorneys for
BMW Bank of North America

The following constitutes the order of the Court.
Signed: February 11, 2026

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

In re:

Mark Stepan Holowczak,
aka Marko Holowczak,

Debtor.

) Case No. 25-40424 CN
)
) Chapter   13
)
) RS No. JCW-11646
)
)
) **ORDER ON MOTION FOR RELIEF**
) **FROM AUTOMATIC STAY**
)
)
) Date:   02/06/2026
) Time:   10:00AM
) Ctrm:   215
) Place:  1300 Clay Street
)        Oakland CA, 94612
)
)
) Judge: Charles Novack
)
)
)

1

File No. CA-26-188679 / Case No. 25-40424 CN
Order on Motion for Relief from Stay

Case: 25-40424   Doc# 43   Filed: 02/11/26   Entered: 02/11/26 17:19:50   Page 1 of 3

BMW Bank of North America filed a Motion for Relief from the Automatic Stay [Dkt No. 40]. The Motion came on regularly for hearing by the Court on the date, time and places set forth above before the Honorable Charles Novack, Judge Presiding. All appearances are as noted in the court record.

Upon reading the papers and pleadings on file herein and upon hearing oral argument and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED the Motion is granted pursuant to 11 U.S.C. §§362(d)(1) and (d)(2). The automatic stay provisions of 11 U.S.C. §362 are hereby terminated with respect to the interests of BMW Bank of North America in personal property commonly known as 2021 BMW 5 Series 540i Sedan 4D, VIN: WBA53BJ08MWX03322.

IT IS FURTHER ORDERED the fourteen day stay described in Bankruptcy Rule 4001(a)(4) is waived upon relief.

**\*\* END OF ORDER \*\***

Case: 25-40424   Doc# 43   Filed: 02/11/26   Entered: 02/11/26 17:19:50   Page 2 of 3

**COURT SERVICE LIST**

NONE

File No. CA-26-188679 / Case No. 25-40424 CN
Order on Motion for Relief from Stay

Case: 25-40424    Doc# 43    Filed: 02/11/26    Entered: 02/11/26 17:19:50    Page 3 of 3